UNITED STATES, petitioner, v. WHIT-
NEY BENEFITS, INC., and Peter Kiew-
it Sons' Company.   No. 91–195.

Supreme Court of the United States.

Nov. 4, 1991.   Denied.

Justice WHITE and Justice BLACKMUN
would grant certiorari.